No. 203, Misc. McGRAW v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 205, Misc. PULASKI v. WISCONSIN. Supreme Court of Wisconsin. Certiorari denied.

No. 207, Misc. ARNOLD v. ARNOLD. Supreme Court of California. Certiorari denied.

No. 208, Misc. LOVETT v. CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 213, Misc. CONARD v. MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 214, Misc. BURGESS v. DISTRICT OF COLUMBIA BOARD OF PAROLE ET AL. C. A. D. C. Cir. Certiorari denied. *Karl G. Feissner* for petitioner. *Chester H. Gray, Milton D. Korman, Hubert B. Pair* and *John R. Hess* for respondents.

No. 215, Misc. DEDMON v. HEINZE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 216, Misc. BENSON ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *John F. Dugger* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 219, Misc. DOUGLAS v. GREEN, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 6th Cir. Certiorari denied.